JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BIBBS, | Case No. CV 20-6165-JVS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| SANDRA HUTCHENS, | |
| Respondent. | |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: April 08, 2021

HONORABLE JAMES V. SELNA
United States District Judge